# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DWAYNE ROSS, | : | Civil No. 3:15-cv-84 |
| | : | |
| Petitioner | : | (Judge Mariani) |
| | : | |
| v. | : | |
| | : | |
| PA DEPARTMENT OF CORRECTIONS, | : | |
| *et al.*, | : | |
| Respondents | : | |

## ORDER

**AND NOW**, this ⟨20th⟩ day of September, 2016, upon consideration of the

petition for writ of habeas corpus, and in accordance with the Court's Memorandum of the

same date, **IT IS HEREBY ORDERED THAT:**

1.  The petition (Doc. 1) for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED** as time-barred by the statute of limitations. *See* 28 U.S.C. § 2244(d).

2.  The Clerk of Court is directed to **CLOSE** this case.

3.  There is no basis for the issuance of a certificate of appealability. *See* 28 U.S.C. § 2253.

Robert D. Mariani
United States District Judge